Commonwealth *v.* Yates, Appellant.

Before MORRIS, P. J., specially presiding, without a jury.

Submitted December 9, 1968. *Theodore Roosevelt Yates,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Elmore Unemployment Compensation Case.

Argued December 12, 1968. *Rudolph Elmore,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Eyer Unemployment Compensation Case.

Argued December 12, 1968. *Mary M. Eyer,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.